United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STUART HERRING, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-02841 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| G.A.S. GLOBAL SERVICES LLC, | § | |
| Defendant. | § | |

## ORDER

The parties have provided a joint progress report which indicates that the parties have reached a settlement of their dispute. Dkt 37.

All claims by Plaintiff Stuart Herring against Defendant G.A.S. Global Services LLC are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on November 8, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge